**REBECCA C. FISH**
California State Bar No. 305183
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Becky_Fish@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>HAMILTON MARTINEZ,<br><br>　　　　　　　　Defendant. | CASE NO.:   16-CR-2279-JLS<br><br>Hon. Janis L. Sammartino<br>Courtroom 4A<br>Date: January 6, 2017<br>Time: 1:30 p.m.<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Rebecca C. Fish and Federal Defenders of San Diego, Inc., counsel for the defendant, and Assistant United States Attorney Kyle Martin, that the Motion Hearing/Trial Setting in the above-mentioned case be continued from January 6, 2017, at 1:30 p.m. to January 20, 2017, at 1:30 p.m.

Dated: January 4, 2017

*/s/ Rebecca C. Fish*
**REBECCA C. FISH**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant

Dated: January 4, 2017

*/s/ Kyle Martin*
**KYLE MARTIN**
Assistant United States Attorney

1
2

# CERTIFICATE OF AUTHORIZATION
# TO SIGN ELECTRONIC SIGNATURE

3

4  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
5  and Procedures of the United States District Court for the Southern District of
6  California, I certify that the content of this document is acceptable to counsel for
7  the Plaintiff and that I have obtained authorization from Kyle Martin, Assistant
8  United States Attorney, to affix his electronic signature to this document.

9
10
11
12  Dated: January 4, 2017
13

*/s/ Rebecca C. Fish*
**REBECCA C. FISH**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   Counsel for the Defendant certifies that the foregoing pleading has been
3   electronically served on the following parties by virtue of their registration with the
4   CM/ECF system:

5   Kyle Martin,
    Assistant U.S. Attorney
6

7

8                                       Respectfully submitted,

9

10  Dated:  January 4, 2017           *s/ Rebecca C. Fish*
                                      Federal Defenders of San Diego, Inc.
11                                    Attorneys for Defendant

12                                    Email:  Becky_Fish@fd.org

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28