# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16CR2279-JLS |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| HAMILTON MARTINEZ, | |
| Defendant. | |

   **IT IS HEREBY ORDERED**, upon motion by the United States, that the indictment in the above-captioned case is dismissed without prejudice for the reasons stated in the United States' Motion to Dismiss and in the interest of justice.

   **SO ORDERED.**

Dated:  January 26, 2017

Hon. Janis L. Sammartino
United States District Judge